Solly MAGDOFF, Appellant,

v.

WILCOX-GAY CORPORATION, a Michigan corporation, Appellee.

No. 14088.

United States Court of Appeals
Sixth Circuit.

Oct. 12, 1960.

Kenney, Radom, Rockwell & Mountain, Detroit, Mich., and Arthur J. Homans, New York City, on brief, for appellee.

Before McALLISTER, Chief Judge, and CECIL and O'SULLIVAN, Circuit Judges.

ORDER.

The above cause coming on to be heard upon the transcript of record and the briefs of the parties, and the court being duly advised,

Now, therefore, it is ordered, adjudged and decreed that the order of the District Court be and is hereby affirmed upon the opinion of Judge Kent.

Ernest G. DIGBY, Plaintiff-Appellant,

v.

STANDARD OIL COMPANY, a foreign corporation, Defendant-Appellee.

No. 14043.

United States Court of Appeals
Sixth Circuit.

Oct. 12, 1960.

Frank C. Sibley, Detroit, Mich., Frank C. Sibley and Thomas J. Rafferty, Detroit, Mich., on brief, for appellant.

Richard A. Harvey, of Alexander, Cholette, Buchanan, Perkins & Conklin, Detroit, Mich., for appellee.

Before MARTIN, CECIL and WEICK, Circuit Judges.

ORDER.

The plaintiff-appellant, Ernest G. Digby, has appealed to this Court from an order of the District Judge of the United States District Court for the Eastern District of Michigan, Southern Division. By the order from which the appellant appeals, the District Judge sustained a motion of the defendant for judgment notwithstanding the verdict.

Upon consideration of this appeal, the record and briefs and oral arguments of counsel, this Court finds that the record amply supports the ruling of the District Judge and that the judgment of the District Court should be affirmed on the opinion of the District Judge.

It is accordingly ordered, adjudged and decreed that the judgment of the District Court be and it is hereby affirmed.